UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No.   CV 15-4047-JFW (JEM) | Date   December 1, 2015 |
| Title   Kenneth Evans v. Correctional Officer J. Cruz, et al. | |

Present: The Honorable   John E. McDermott, United States Magistrate Judge

|  S. Anthony  |  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

Proceedings:   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.  On October 2, 2015, the Court issued a Memorandum and Order Dismissing Compliant with Leave to Amend.  Plaintiff had until November 2, 2015, to file a First Amended Complaint ("FAC").  He was cautioned that failure to do so by the deadline could result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

On November 12, 2015, the Court *sua sponte* extended Plaintiff's deadline to file the FAC to November 26, 2015.

The November 26, 2015, deadline to file the FAC has passed, and no FAC has been filed.

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and/or failure to comply with a Court order.  Plaintiff shall file a written response to this Order to Show Cause no later than **December 14, 2015**.[1]  Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline may result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a court order.

Filing of a First Amended Complaint consistent with the requirements of the

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court.  Upon the filing of a Response, the Order to Show Cause will stand submitted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Court's Orders of October 2 and November 12, 2015, shall be a satisfactory response to the Order to Show Cause.

No extensions of this deadline will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

cc: Parties

|  | : |
|---|---|
| Initials of Deputy Clerk | sa |