UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  **CV 15-4047-JFW (JEM)**   Date  **August 29, 2016**

Title  **Kenneth Evans v. Correctional Officer J Cruz et al**

Present: The Honorable   John E. McDermott, United States Magistrate Judge

S. Anthony
Deputy Clerk

Court Reporter / Recorder

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                    None Present

Proceedings:   **(In Chambers) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER**

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.  On May 16, 2016, the Court issued a Memorandum and Order Dismissing Complaint with Leave to Amend.  Plaintiff had until June 16, 2016 to file a Third Amended Complaint ("TAC").  On June 21, 2016, Plaintiff was granted an extension of time to file his TAC no later than August 5, 2016.  He was cautioned that failure to do so by the deadline could result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with court order.  To date, Plaintiff has not filed a TAC.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and failure to comply with a court order.

Plaintiff shall file a written response to this Order to Show Cause no later than September 12, 2016[1].  Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

Filing of a Third Amended Complaint consistent with the requirements of the Court's May 16, 2016 Order shall be a satisfactory response to the Order to Show Cause.

No extensions of this deadline will be granted absent extraordinary circumstances.

:

Initials of Deputy Clerk        sa

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court.  Upon the filing of a Response, the Order to Show Cause will stand submitted.