JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH EVANS, | Case No. CV 15-4047-JFW (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| J. CRUZ, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: June 1, 2018

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE